AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

BASIL V. GREGOROVICH  )
Plaintiff  )
  )
v.  )  Civil Action No. 08-391
STACEY J. MOBLEY  )
Defendant  )
  )

### Summons in a Civil Action

To: *(Defendant's name and address)*

STACEY J. MOBLEY
1007 MARKET ST.
WILMINGTON, DE 19898-0001

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

BASIL V. GREGOROVICH
7 ZACHARY CT.
WILMINGTON, DE 19803-3967

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: JUN 2 7 2008

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



2008 JUL -1 AM 11:04
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/30/08 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: STACEY MOBLEY AT 1007 N. MARKET ST. WILMINGTON, DE   ACCEPTED BY JOAN BYRNE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/08
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.