IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BASIL V. GREGOROVICH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-391-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation; CHARLES O. HOLIDAY, and STACEY J. MOBLEY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants E. I. du Pont de Nemours and Company ("DuPont"), and Charles Holliday and Stacey Mobley, (collectively "the Individual Defendants") by their undersigned counsel, hereby move to dismiss the Complaint in this action pursuant to Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6). The grounds for this motion are fully set forth in Defendants' Opening Brief In Support Of Defendants' Motion To Dismiss, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendants*

Date: July 21, 2008
875257

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on July 21, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via Federal Express a copy to plaintiff at the following address:

Basil V. Gregorovich, *pro se*
7 Zachary Court
Wilmington, DE 19803-3967

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
E-mail: sdiluzio@potteranderson.com

875249/20120-489