IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASIL V. GREGOROVICH, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 08-391-SLR |
| ) | |
| v. ) | |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, a Delaware corporation; ) | |
| CHARLES O. HOLIDAY, and ) | |
| STACEY J. MOBLEY, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Kathleen Furey McDonough of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of Defendant in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendants*

Dated: August 28, 2008
880261

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via U.S. Mail a copy to plaintiff at the following address:

Basil V. Gregorovich, *pro se*
7 Zachary Court
Wilmington, DE 19803-3967

Kathleen Furey McDonough (#2395)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

880261