

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

September 3, 2008

<u>VIA ELECTRONIC FILING</u>

The Honorable Sue L. Robinson
U.S. District Court of Delaware
844 N. King Street, Lock Box 31
Wilmington, DE 19801

Re: Gregorovich v. E. I. du Pont de Nemours & Co., et. al.,
C.A. No. 08-391 (SLR)

Dear Judge Robinson:

On behalf of the Defendants in the above-referenced action, I write to address the timeliness of Defendants' Reply Brief in further support of their motion to dismiss, which was electronically filed with the Court today. According to the docket, Plaintiff's answering brief was filed with the Court on July 30, 2008. Defendants did not, however, receive electronic notice of that filing from the CM/ECF system.

Compounding the lack of electronic notification, Defendants did not receive the hard copy of Plaintiff's answering brief from the United States Post Office until August 25, 2008. Although Plaintiff served the document via registered mail on July 30, 2008, the post office simply did not deliver it for several weeks. Upon receipt, the undersigned contacted the post office and was informed that they have no explanation for the delay in delivery. Their records simply show that Plaintiff posted it on July 30 and it was delivered on August 25. Given this unfortunate turn of events, Defendants were not aware that Plaintiff had filed an answering brief until August 25. Their reply brief was prepared and filed promptly thereafter, within the time constraints of Local Rule 7.1.2. Defendants thus respectfully request that the Court consider the arguments set forth in their reply brief when deciding their motion to dismiss.

Counsel for Defendants are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)

cc: Basil Gregorovich (By Federal Express)